Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>VAMSEE CHAGUTURU,<br><br>        Defendant. | Civil Action No. 2:15-cv-01723-MCA-LDW |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF VAMSEE CHAGUTURU**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Vamsee Chaguturu ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Vamsee Chaguturu was assigned the IP address 24.185.11.51. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Vamsee Chaguturu has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 27, 2015

1

Respectfully submitted,

By:   /s/ *Patrick J. Cerillo*
Patrick J. Cerillo
pjcerillolaw@comcast.net
4 Walter Foran Blvd.
Suite 402
Flemington, NJ 08822
Attorney ID No.: 01481-1980
Telephone: (908) 284-0997
Facsimile: (908) 284-0915
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.

7/28/15

SO ORDERED
Madeline Cox Arleo, U.S.D.J.

2